NICHOLAS ROSCHA, ESQ. (#181501)
CHRISTOPHER N. ODNE, ESQ. (#241175)
ROSCHA & ODNE LLP
Concord Center
2300 Clayton Road, Suite 500
Concord, California  94520
Telephone: (925) 602-1400
Facsimile: (925) 825-0143
Email:  nroscha@rolawgroup.com
            codne@rolawgroup.com

Attorneys for Defendants
Hieu The Tran, The Hung Tran individually and dba Da Da Café

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HIEU THE TRAN and THE HUNG TRAN, )<br>individually and d/b/a DA DA CAFÉ, )<br>)<br>Defendants. ) | CASE NO.: CV12-01208-WBS-CKD<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT |

    IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. and Christopher N. Odne, Esq. of Roscha & Odne LLP, counsel for defendants HIEU THE TRAN and THE HUNG TRAN, individually and d/b/a DA DA CAFE and Thomas P. Riley of the Law Offices of Thomas P. Riley, P.C., counsel for plaintiff J & J Sports Productions, Inc. that the deadline for all defendants to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any further extensions, no later than September 28, 2012.

///

///

///

///

**1**
_____
**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: August 29, 2012          ROSCHA & ODNE LLP


                                _____/s/ Nicholas Roscha_____
                                NICHOLAS ROSCHA, ESQ.
                                CHRISTOPHER N. ODNE, ESQ.
                                Counsel for Defendants HIEU THE TRAN and THE
                                HUNG TRAN, individually and d/b/a DA DA CAFE


DATED: August 29, 2012          LAW OFFICES OF THOMAS P. RILEY, P.C.


                                _____/s/ Thomas P. Riley_____
                                THOMAS P. RILEY, ESQ.
                                Counsel for Plaintiff J&J SPORTS PRODUCTIONS,
                                INC.

///

///

///

///

///

///

///

///

///

///

///

///

///

**2**
_____
**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

# ORDER

It is hereby ordered that the deadline for Defendants to file an answer in civil action number 2:12-cv-01208-WBS-CKD styled *J & J Sports Productions, Inc. v. Hieu the Tran, et al.*, is hereby continued from August 28, 2012 to September 28, 2012.

**IT IS SO ORDERED**:

DATED:  August 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**