1   NICHOLAS ROSCHA, ESQ. (#181501)
    CHRISTOPHER N. ODNE, ESQ. (#241175)
2   ROSCHA & ODNE LLP
    Concord Center
3   2300 Clayton Road, Suite 500
    Concord, California  94520
4   Telephone: (925) 602-1400
    Facsimile: (925) 825-0143
5   Email:  nroscha@rolawgroup.com
             codne@rolawgroup.com
6
    Attorneys for Defendants
7   Hieu The Tran, The Hung Tran individually and dba Da Da Café

8                       UNITED STATES DISTRICT COURT
9                               FOR THE
                        EASTERN DISTRICT OF CALIFORNIA
10                          SACRAMENTO DIVISION

11
    J&J SPORTS PRODUCTIONS, INC.,          )     CASE NO.: CV12-01208-WBS-CKD
12                                          )
    Plaintiff,                              )     **STIPULATION FOR AN ORDER**
13                                          )     **CONTINUING CASE MANAGEMENT**
    v.                                      )     **CONFERENCE; AND ORDER**
14                                          )     **(Proposed)**
    HIEU THE TRAN and THE HUNG TRAN,        )
15  individually and d/b/a DA DA CAFÉ,      )
                                            )     **FOR:   HON. WILLIAM B. SHUBB**
16  Defendants.                             )
                                            )

17

18      **TO THE HONORABLE WILLIAM B. SHUBB:**

19          By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Hieu

20  the Tran and The Hung Tran, individually and d/b/a DA DA CAFÉ, hereby agree, stipulate, and

21  respectfully request that this Honorable Court continue the Case Management Conference presently

22  set for September 17, 2012 at 2:00 PM.

23          The request for the brief continuance is necessitated by the fact that counsel for the Parties

    have been engaged in settlement discussions and request additional time to conclude same.

24          ///

25          ///

26          ///

27          ///

28                                       **1**
    _____
    **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for September 17, 2012 at 2:00 PM to December 10, 2012 at 2:00 PM.

Respectfully Submitted,

DATED: September 11, 2012 ROSCHA & ODNE LLP


_____ */s/ Nicholas Roscha* _____

NICHOLAS ROSCHA, ESQ.
CHRISTOPHER N. ODNE, ESQ.
Counsel for Defendants HIEU THE TRAN and THE HUNG TRAN, individually and d/b/a DA DA CAFE


DATED: September 11, 2012       LAW OFFICES OF THOMAS P. RILEY, P.C.


_____ */s/ Thomas P. Riley* _____

THOMAS P. RILEY, ESQ.
Counsel for Plaintiff J&J SPORTS PRODUCTIONS, INC.

///
///
///
///
///
///
///
///
///
///
///
///

**2**

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1

## <u>ORDER</u>

It is hereby ordered that the Case Management Conference in civil action number CV12-01208-WBS-CKD styled *J & J Sports Productions, Inc. v. Hieu the Tran, et al*., is hereby continued from 2:00 PM, September 17, 2012 to 2:00 PM, December 10, 2012.

**IT IS SO ORDERED**:

DATED:  September 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**3**

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**