1  NICHOLAS ROSCHA, ESQ. (#181501)
   CHRISTOPHER N. ODNE, ESQ. (#241175)
2  ROSCHA & ODNE LLP
   Concord Center
3  2300 Clayton Road, Suite 500
   Concord, California  94520
4  Telephone: (925) 602-1400
   Facsimile: (925) 825-0143
5  Email:  nroscha@rolawgroup.com
           codne@rolawgroup.com
6
   Attorneys for Defendants
7  Hieu The Tran, The Hung Tran individually and dba Da Da Café

8
                    UNITED STATES DISTRICT COURT
9                           FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
10                       SACRAMENTO DIVISION

11
   J&J SPORTS PRODUCTIONS, INC.,          )   CASE NO.: CV12-01208-WBS-CKD
12                                         )
   Plaintiff,                             )   **STIPULATION FOR AN ORDER**
13                                         )   **CONTINUING CASE MANAGEMENT**
   v.                                     )   **CONFERENCE; AND ORDER**
14                                         )   **(Proposed)**
   HIEU THE TRAN and THE HUNG TRAN,       )
15  individually and d/b/a DA DA CAFÉ,     )
                                          )   **FOR:  HON. WILLIAM B. SHUBB**
16  Defendants.                            )

17

18     **TO THE HONORABLE WILLIAM B. SHUBB:**

19         By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Hieu

20  the Tran and The Hung Tran, individually and d/b/a DA DA CAFÉ, hereby agree, stipulate, and

21  respectfully request that this Honorable Court continue the Case Management Conference presently

22  set for September 17, 2012 at 2:00 PM.

23         The request for the brief continuance is necessitated by the fact that counsel for the Parties

    have been engaged in settlement discussions and request additional time to conclude same.

24         ///

25         ///

26         ///

27         ///

28                                         **1**
    _____
    **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for September 17, 2012 at 2:00 PM to December 10, 2012 at 2:00 PM.

Respectfully Submitted,

DATED: September 11, 2012 ROSCHA & ODNE LLP


_____/s/ Nicholas Roscha_____

NICHOLAS ROSCHA, ESQ.
CHRISTOPHER N. ODNE, ESQ.
Counsel for Defendants HIEU THE TRAN and THE HUNG TRAN, individually and d/b/a DA DA CAFE


DATED: September 11, 2012      LAW OFFICES OF THOMAS P. RILEY, P.C.


_____/s/ Thomas P. Riley_____

THOMAS P. RILEY, ESQ.
Counsel for Plaintiff J&J SPORTS PRODUCTIONS, INC.

///
///
///
///
///
///
///
///
///
///
///
///

2

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1

## <u>ORDER</u>

2

      It is hereby ordered that the Case Management Conference in civil action number

3

CV12-01208-WBS-CKD styled *J & J Sports Productions, Inc. v. Hieu the Tran, et al*., is hereby

continued from 2:00 PM, September 17, 2012 to 2:00 PM, December 10, 2012.

4

**IT IS SO ORDERED**:

5

DATED:  September 11, 2012

6

7

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3**

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**