**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>Hieu The Tran, et al.,<br><br>Defendants. | **CASE NO. 2:12-cv-01208-WBS-CKD**<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HIEU THE TRAN and THE HUNG TRAN, individually and d/b/a DA DA CAFE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant HIEU THE TRAN and THE HUNG TRAN, individually and d/b/a DA DA CAFE, that the above-entitled action is hereby dismissed **without prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant HIEU THE TRAN and THE HUNG TRAN, individually and d/b/a DA DA CAFE, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

**STIPULATION OF DISMISSAL**
**«CaseNo»**
**PAGE 1**

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 10, 2014, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: October 3, 2012          *s/ Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J SPORTS PRODUCTIONS, INC.


Dated: October 9, 2012          *s/ Nicholas Roscha*
                                **ROSCHA & ODNE, LLP**
                                By: Nicholas Roscha
                                Attorneys for Defendant
                                HIEU THE TRAN and THE HUNG TRAN,
                                individually and d/b/a DA DA CAFE


**IT IS SO ORDERED**:

DATED:  October 22, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 3, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HIEU THE TRAN and THE HUNG TRAN, individually and d/b/a DA DA CAFE**

On all parties in said cause by emailing same to the Defendants' counsel at the following e-mail addresses:

Mr. Nicholas Roscha, Esquire          (Attorneys for Defendants)
**ROSCHA & ODNE LLP**
**2300 CLAYTON ROAD**, Suite 500
Concord, CA 94520

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 3, 2012, South Pasadena, California.

Dated: October 3, 2012

BROCK BARTON